UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR CRUZ GAMEZ, individually and on behalf of all similarly situated individuals and M. J. M. A., an adult, <br><br>    Petitioners - Appellees, <br><br>  v. <br><br> TODD M. LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); et al., <br><br>    Respondents - Appellants, <br><br> CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"), <br><br>    Respondent. | No. 26-2090 <br><br> D.C. No. 6:25-cv-02011-MTK District of Oregon, Eugene <br><br> ORDER |

The motion (Docket Entry Nos. 23 & 24) for an extension of time to file a response to the government's motion to supplement the record and motion for judicial notice is granted. The response is due July 23, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT