UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

VICTOR CRUZ GAMEZ, individually and on behalf of all similarly situated individuals and M. J. M. A., an adult,

            Petitioners - Appellees,

  v.

TODD M. LYONS, Acting Director of Immigration Customs Enforcement ("ICE"); et al.,

            Respondents - Appellants,

CAMMILLA WAMSLEY, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations ("ICE/ERO"),

            Respondent.

No. 26-2090

D.C. No. 6:25-cv-02011-MTK
District of Oregon,
Eugene

ORDER

The motions (Docket Entry Nos. 19 & 20) to supplement the record or take judicial notice are referred to the panel that decides the merits of this case.

Any discussion of the proposed materials may be stricken or disregarded if the panel denies the motions to supplement the record or take judicial notice.

The answering brief remains due August 3, 2026. The optional reply brief is due 21 days after the answering brief is served.

                    FOR THE COURT:
                    MOLLY C. DWYER
                    CLERK OF COURT